# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, M.K. JAMISON**
**Appellate Military Judges**

### UNITED STATES OF AMERICA

v.

### RUDY N. OROZCO
### GUNNER'S MATE THIRD CLASS (E-4), U.S. NAVY

### NMCCA 201400104
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 18 December 2013.
**Military Judge:** CDR Marcus Fulton, JAGC, USN.
**Convening Authority:** Commanding Officer, USS HALSEY (DDG 97).
**Staff Judge Advocate's Recommendation:** LT M.L. Gardner, JAGC, USN.
**For Appellant:** CAPT Charles D. Stimson, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**24 April 2014**

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court